**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY COATES, | ) | NO. EDCV 12-00730-DSF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  3/4/13 .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE